IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORDELL CURRY STEWART, | ) | 8:08CV92 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TOM P. MCKENNEY, STATE OF | ) | |
| NEBRASKA, CITY OF OMAHA, | ) | |
| and DOUGLAS COUNTY | ) | |
| PROSECUTOR'S OFFICE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff filed a Motion to Appoint Counsel and to Proceed In Forma Pauperis. (Filing No. 4.) Because the plaintiff has paid the court's filing fee in full, the court construes this only as a Motion to Appoint Counsel. However, the court cannot routinely appoint counsel in civil cases. In *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained that "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. . . . The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel." *Id.* The court does not see the benefit of appointing counsel in this matter and the request for the appointment of counsel is therefore denied without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Appoint Counsel (filing no. 4) is denied.

Dated May 12, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge