IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORDELL CURRY STEWART, | ) | 8:08CV92 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TOM P. MCKENNEY, STATE OF | ) | |
| NEBRASKA, CITY OF OMAHA, | ) | |
| and DOUGLAS COUNTY | ) | |
| PROSECUTOR'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Plaintiff's Notice Regarding Memorandum and Order. (Filing No. 12.) In the court's June 10, 2008, memorandum and order, the court granted the plaintiff time to inform the court of whether he would like his Application For Writ of Habeas Corpus ("Application") to be filed as a separate action. (Filing No. 11.) The plaintiff's Notice states that he would like his application treated as a separate action. (Filing No. 12.) The plaintiff has paid the $5.00 filing fee.

IT IS THEREFORE ORDERED that the clerk of the court is directed to file the document titled "Application for Writ of Habeas Corpus" (filing no. 6) as a new case.

Dated June 23, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge