## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORDELL CURRY STEWART, | ) | 8:08CV92 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TOM P. MCKENNEY, STATE OF | ) | |
| NEBRASKA, CITY OF OMAHA, | ) | |
| and DOUGLAS COUNTY | ) | |
| PROSECUTOR'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion.  On June 10, 2008, the court entered a Memorandum and Order dismissing claims and directing the plaintiff to file an amended complaint no later than July 8, 2008.  (Filing No. 11.)  The plaintiff has not filed an amended complaint or any other response to the court's June 10, 2008, Memorandum and Order.

IT IS THEREFORE ORDERED that:

1.    This matter is dismissed without prejudice because the plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2.    A separate judgment will be entered in accordance with this Memorandum and Order.

Dated September 15, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge